JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO LLONTOP ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA, N.A.; ) <br> AMERICA'S WHOLESALE ) <br> LENDER; and RECONTRUST ) <br> COMPANY ) <br> ) <br> Defendants. ) <br> _____) | Case No. EDCV 09-01788 VAP (RZx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>November 13, 2009</u>

                                        VIRGINIA A. PHILLIPS <br>
                                     United States District Judge